UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

T.J., a minor, by and through her mother
And next friend TIQUA JOHNSON
     *Plaintiff,*

v.                                        C.A. No. 1:20-cv-00243-WES-PAS

DARREN ROSE, alias, individually and in his
Official capacity as a Pawtucket Police Officer,
And LISA BENEDETTI RAMZI, alias,
Individually and in her official capacity as
Principal of Goff Junior High School, and
CITY OF PAWTUCKET, by and through its
Finance Director, Joanna L'Heureux
     *Defendants.*

## **NOTICE OF APPEARANCE**

     I, Rebecca Partington, Esq. (#3890), hereby enter my appearance on behalf of

Defendants, Darren Rose, alias, individually and in his official capacity as a Pawtucket Police

Officer, and Lisa Benedetti Ramzi, alias, individually and in her official capacity as Principal of

Goff Junior High School, and City of Pawtucket, by and through its Finance Director, Joanna

L'Heureux; in the above-captioned matter.

                          Defendants,
                          By their Attorney,

                          */s/ Rebecca Partington*
                          Rebecca Partington, Esq. (#3890)
                          DeSisto Law LLC
                          60 Ship Street
                          Providence, RI 02903
                          (401) 272-4442
                          rebecca@desistolaw.com

*T.J./Johnston v. Pawtucket*
*C.A. No. 1:20-cv-00243-WES-PAS*

<u>CERTIFICATION OF SERVICE</u>

I hereby certify, that on this 24th day of July 2020, I electronically served this document

through the electronic filing system upon the following parties:

Shannah Kurland, Esq.                    Lynette Labinger, Esq.
Skurland.esq@gmail.com                   ll@labingerlaw.com

The document electronically served is available for viewing and/or downloading from the

Rhode Island Judiciary's Electronic Filing System.

*/s/ Rebecca Partington*