UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| T.J., a minor, by and through her mother<br>And next friend TIQUA JOHNSON<br>     *Plaintiffs,*<br><br>v.<br><br>CITY OF PAWTUCKET, et al,<br>     *Defendants.* | :<br>:<br>:<br>:<br>: C.A. No. 1:20-cv-00243-WES-PAS<br>:<br>:<br>: |

## **SUBSTITUTION OF COUNSEL**

Please enter the appearance of undersigned William J. Conley, Jr., Esquire as counsel for Defendant, City of Pawtucket, by and through its Finance Director, Joanna L'Heureux.  Please withdraw the appearance of Jon M. Anderson, Esq. as counsel for Defendant, City of Pawtucket, by and through its Finance Director, Joanna L'Heureux.

                                                      Defendant
                                                     By their attorney,

                                                   /s/ William J. Conley, Jr.
                                                   William J. Conley, Jr., Esq. (#2149)
                                                   123 Dyer Street, 2nd Floor
                                                   Providence, RI  02906
                                                   401-415-9835
                                                   wconley@wjclaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on August 24, 2020 and available for viewing and downloading form the ECF system.

Marc DeSisto, Esq.
marc@desistolaw.com

Shannah Kurland, Esq.
Skurland.esq@gmail.com

Lynette Labinger, Esq.
ll@labingerlaw.com

/s/ William J. Conley, Jr.