UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| T.J., a minor, by and through her mother and next friend TIQUA JOHNSON<br>*Plaintiff*<br>v.<br><br>DARREN ROSE, et al.,<br>*Defendants* | :<br>:<br>:<br>:<br>:   C.A. No. 1:20-cv-243-WES-PAS<br>:<br>:<br>: |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff T.J., by and through her mother and next friend TIQUA JOHNSON may respond to Defendants' Motion for Summary Judgment (Docket 15) with an extension of forty-five days, up to and including February 24, 2022.

                                      Plaintiff, **T.J. by and through TIQUA JOHNSON,**

                                      By her attorneys,

Date:  December 27, 2021

                                    /s/ Shannah Kurland
                                    **Shannah Kurland, Esq.**  (#9186)
                                    149 Lenox Avenue
                                    Providence, RI 02907
                                    Phone:  (401) 439-0518
                                    skurland.esq@gmail.com


                                    /s/ Lynette Labinger
                                    **Lynette Labinger, Esq.** (#1645)
                                    128 Dorrance St., Box 710
                                    Providence, RI 02903

        Phone: (401)465-9565
        ll@labingerlaw.com

        Cooperating counsel,
        American Civil Liberties Union Foundation of
        Rhode Island

## CERTIFICATION

    I hereby certify that I have filed the within motion with the United States District Court on this 27th day of December, 2021 and that a copy is available for viewing and downloading via the ECF system to the following attorneys for Defendants:

        /s/ Shannah Kurland

| | |
|---|---|
| Marc DeSisto | Rebecca Partington |
| marc@desistolaw.com | rebecca@desistolaw.com |
| | |
| William J. Conley, Jr. | Ryan Stys |
| wconley@wjclaw.com | ryan@desistolaw.com |